# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PAUL ALKINS** | : | **CIVIL ACTION** |
| **v.** | : | |
| **THE BOEING COMPANY** | : | **NO. 19-763** |

## ORDER

**NOW**, this 2nd day of January, 2020, upon consideration of the Defendant The Boeing Company's Motion for Summary Judgment (Doc. No. 21), the plaintiff's response, and the defendant's reply, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of the defendant The Boeing Company and against the plaintiff Paul Alkins.

/s/ TIMOTHY J. SAVAGE J.